# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Peter Myma v. Village of Skokie

Case Number: 1-26 cv 00372

An appearance is hereby filed by the undersigned as attorney for:

Village of Skokie, Mayor of Skokie, Village Manager, Unknown Village Officials

Attorney name (type or print): James G. McCarthy

Firm: Village of Skokie

Street address: 5127 Oakton Street

City/State/Zip: Skokie, Illinois 60077

Bar ID Number: 1981005
(See item 3 in instructions)

Telephone Number: 847-933-8270

Email Address: james.mccarthy@skokie.org

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| Are you appearing *pro hac vice*? | | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 16, 2026

Attorney signature: S/ James G. McCarthy+

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023