**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Peter Nicholas Myma,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **26 cv 00372** |
| | ) | |
| **Village of Skokie, Illinois, a Municipal** | ) | **Judge:    April M. Perry** |
| **Corporation, et. al.,** | ) | **Magistrate:  Laura K. McNally** |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT'S, VILLAGE OF SKOKIE'S, MOTION TO DISMISS
PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)**

NOW COME the Defendants, the Village of Skokie, a Municipal Corporation, et. al., (hereinafter, "Skokie"), by and through their attorneys, Steven M. Elrod, Corporation Counsel, and James G. McCarthy, Assistant Corporation Counsel, and in support of their Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6), state as follows:

1.     Plaintiff filed his Complaint on January 13, 2026, Dkt. 1.  Plaintiff alleges in his Complaint that Skokie engaged in, "**physical demolition of Plaintiff's property without service, notice, or hearing**" Dkt. 1, para. 1.

2.     On January 21, 2026, pursuant to the Honorable April M. Perry's January 14, 2026 Minute Entry, (Dkt. 8), Plaintiff admitted that Skokie's previously filed lawsuit in the Circuit Court of Cook County, 20222003035, "involves the same property that is the subject of Plaintiff's Complaint and emergency motion, located at **7620 Niles Center Road, Skokie, Illinois.**" Dkt. 12, para. 1.

1

537047v1

3.      On September 15, 2022, more than three years prior to the time Plaintiff filed his Complaint, Skokie filed a Complaint against Peter Myma in the Circuit Court of Cook County, 20222003035, alleging numerous violations of the Skokie Village Code with respect to the property located at 7620 Niles Center Road, (Complaint, hereinafter, "Skokie 1").

4.      On September 3, 2025, after nearly three years of unsuccessful attempts to serve Mr. Myma and thousands of dollars in process server fees, Skokie filed a Motion to Serve Mr. Myma through email service pursuant to 735 ILCS §5/2-203.1 and Supreme Court Rule 102(f). (Skokie Motion to Serve Defendant Through E-Mail, hereinafter, "Skokie 2").

5.      On September 12, 2025, the Honorable Jeffery Chrones granted Skokie's Motion to Serve Mr. Myma through email service and continued this case to October 10, 2025. (September 12, 2025 Order of Judge Chrones, hereinafter, "Skokie 3").

6.      On September 16, 2025, Skokie, through its process server, emailed Skokie's Complaint, Summons, and Judge Chrones' September 12, 2025 Order to Mr. Myma's email address.  Additionally, on September 17, 2025, Skokie filed a Notice of Filing of its email to Mr. Myma in the Circuit Court of Cook County, Second Municipal District. (Copy of Notice of Filing and email sent to Mr. Myma's email address, hereinafter, "Skokie 4").

7.      On October 10, 2025, the Honorable James Allegretti entered an Order granting Skokie permission to enter Mr. Myma's property to, "cut all plant

growth in excess of 6 inches and remove the collapsed garage structure," (October 10, 2025 Order of Judge Allegretti, hereinafter, "Skokie 5").

8. On October 15, 2025, Skokie emailed Judge Allegretti's Order to Mr. Myma's email address. (Copy of email and cover letter and Order sent to Mr. Myma's email address, hereinafter, "Skokie 6").

9. On October 23, 2025, Skokie emailed Mr. Myma and notified him that Skokie would begin executing Judge Allegretti's Order of October 10, 2025. (Copy of email and cover letter and Order sent to Mr. Myma's email address, hereinafter, "Skokie 7").

10. On November 17, 2025, Skokie filed a Motion to Amend the Court Order of October 10, 2025. (Village of Skokie Motion to Amend the Court Order of October 10, 2025, hereinafter, "Skokie 8").

11. On November 17, 2025, Skokie emailed a copy of its Motion to Amend the Court Order of October 10, 2025 to Mr. Myma. (Copy of email and Motion sent to Mr. Myma's email address, hereinafter, "Skokie 9").

12. On November 21, 2025, the Honorable James Allegretti entered and continued Skokie's Motion to Amend the Court Order of October 10, 2025 until November 26, 2025. (November 21, 2025 Order of Judge Allegretti, hereinafter, "Skokie 10").

13. On November 24, 2025, Skokie emailed Judge Allegretti's Order to Mr. Myma's email address. (Copy of email and Order sent to Mr. Myma's email address, hereinafter, "Skokie 11").

3

14.     On November 26, 2025, the Honorable James Allegretti amended his October 10, 2025 Order and granted Skokie permission to, "cut all plant growth in excess of 6 inches, including trees, vines, and other growth…" and "remove and dispose of the collapsed garage structure and all its contents…" and "…to remove and dispose of the rubbish, debris, and exterior storage on the property…" (November 26, 2025 Order of Judge Allegretti, hereinafter, "Skokie 12").

15.     On November 26, 2025, Skokie emailed Judge Allegretti's November 26, 2025 Order to Mr. Myma's email address.  (Copy of email and Order sent to Mr. Myma's email address, hereinafter, "Skokie 13").

16.     On January 6, 2026, Skokie emailed Mr. Myma and notified him that Skokie would begin executing Judge Allegretti's Order of November 26, 2025. (Copy of email and cover letter and Order sent to Mr. Myma's email address, hereinafter, "Skokie 14").

17.     As this Honorable Court noted in *Younger v. Harris*, 401 U.S. 37 (1971), federal courts are forbidden "to stay or enjoin pending state court proceedings except under special circumstances." *Younger*, 401 U.S. 37 at 41. Even in *Younger*, which dealt with the criminal prosecution of an individual, the Court held that when federal courts are asked to enjoin pending proceedings in state courts, the normal course is "not to issue such injunctions." *Id.*, at 45. Accordingly, pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), Plaintiff is barred from seeking an injunction to stop the execution of a state court order and his Complaint must fail.

4

18.     Additionally, as evidenced above, Plaintiff's allegations that he never received service or notice is without merit.  Once Skokie received Court authorization to serve Mr. Myma through email, it diligently served Mr. Myma every single time it filed any subsequent motion in Court.  Mr. Myma cannot fault Skokie for his refusal to open his email.  Furthermore, his ignorance of Skokie's motions, whether intentional or not, are insufficient to hold Skokie liable.

19.     Accordingly, for all the foregoing reasons, Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.  Therefore, pursuant to Rule 12(b)(6), Plaintiff's Complaint must be dismissed.

**WHEREFORE**, the Defendants, the Village of Skokie, a Municipal Corporation, et. al., respectfully requests this Honorable Court to dismiss Plaintiff's Complaint, with prejudice, pursuant to FED. R. CIV. P. 12(b)(6), and for any other just and equitable relief.

Respectfully submitted,

Village of Skokie, a Municipal Corporation,

By:   /s/ James G. McCarthy
        James G. McCarthy, one of its attorneys

James G. McCarthy
Assistant Corporation Counsel
Village of Skokie
5127 Oakton Street
Skokie, Illinois  60077
(847) 933-8270
Attorney No:  1981005

5

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on <u>January 28, 2026</u>.  Parties of record may obtain a copy through the Court's CM/EMF system.  The undersigned certifies that no party of record requires service of documents through any means other than the CM/EMF system.

By:   <u>/s/James G. McCarthy            </u>
              James G. McCarthy, one of its attorneys

6

537047v1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Peter Nicholas Myma,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **26 cv 00372** |
| | ) | |
| **Village of Skokie, Illinois, a Municipal** | ) | **Judge:    April M. Perry** |
| **Corporation, et. al.,** | ) | **Magistrate:  Laura K. McNally** |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING**

TO:    Peter Myma
7620 Niles Center Road
Skokie, Illinois  60077

PLEASE TAKE NOTICE that on <u>January 28, 2026</u>, I caused to be filed,

**DEFENDANT'S, VILLAGE OF SKOKIE'S, MOTION TO DISMISS
PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)**

A copy of which is served upon you by CM/ECF delivery and hand delivery to 7620 Niles Center Road, Skokie, Illinois  60077.

**CERTIFICATE OF SERVICE**

James G. McCarthy, the attorney, certifies that he e-filed a copy of this Notice of Filing upon the above attorneys of record by e-filing with CM/ECF before 5:00 p.m. on <u>January 28, 2026.</u>

James G. McCarthy

#1981005
James G. McCarthy
Assistant Corporation Counsel
Village of Skokie
5127 Oakton Street
Skokie, Illinois 60077
847-933-8266

Document Number: 583714
552641v1